1                                                                                      JS-6

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

11   JAIME ALVAREZ, MARISELA              No.    CV 00–3048 PA (RCx)
     LABASTIDA, ALVAREZ &
12   ASSOCIATES,                          JUDGMENT

13                  Plaintiffs,

14        v.

15
     CITY OF SAN BERNARDINO, LEE
16   DEAN, WILLIAM ROGERS, LARRY
     PITZER, KEVIN WHITAKER,
17   ROBERT CUELLAR, COUNTY OF
     SAN BERNARDINO, ROBERT
18   SCHREIBER,

19                  Defendants.

20

21

22        In accordance with the Court's December 4, 2008 Minute Order granting summary

23   judgment in favor of defendants City of San Bernardino, Lee Dean, William Rogers, Larry

24   Pitzer, Kevin Whitaker, Robert Cuellar, County of San Bernardino, and Robert Schreiber

25   ("Defendants") on Plaintiffs' 42 U.S.C. §§ 1983, 1981 and 1985 claims, and declining to

26   exercise supplemental jurisdiction over Plaintiffs' state law claims;

27        It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is

28   entered in this action as follows:

1     1.     Plaintiffs Jaime Alvarez, Marisela Labastida, and Alvarez & Associates

2  ("Plaintiffs") shall recover nothing from Defendants;

3     2.     Defendants shall have judgment in their favor on all of Plaintiffs' federal

4  claims;

5     3.     Defendants shall recover their costs of suit.

6     The Clerk is ordered to enter this Judgment.

7

8  DATED: December 30, 2008

9                                            _____
                                             Percy Anderson
10                                           UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-